UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-01995-AH-(KESx) | | Date | February 5, 2026 |
|---|---|---|---|---|
| Title | *Poinsetta Mark v. County of Los Angeles et al.* | | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

On September 6, 2024, Plaintiff Poinsettia Mark ("Plaintiff") filed a First Amended Complaint ("FAC") naming as defendants, of relevance here, Walter Omajugho, J. Ochoa, Ronnie Gallegos, and J. Arzate (collectively, the "Individual Defendants"). Dkt. No. 22. On January 27, 2026, Plaintiff filed proofs of service indicating that the Individual Defendants were served on January 22, 2026. Dkt. Nos. 45-48.

Federal Rule of Civil Procedure 4(m) provides, in relevant part, that

[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The Individual Defendants were served over 500 days after the FAC was filed.

Accordingly, Plaintiff is **ORDERED** to show cause, in writing, by February 10, 2026, why this action should not be dismissed as to the Individual Defendants for Plaintiff's failure to comply with Rule 4(m).  Failure to do so will result in the dismissal of this action without prejudice as to the Individual Defendants.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.

Additionally, the Court **CONTINUES** the Final Pretrial Conference to Thursday, February 26, 2026 at 10:00 a.m.

**IT IS SO ORDERED.**